IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| ROBERT WHITE | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No. 1:21-cv-02767-TWP-TAB |
| | ) |
| HVAF OF INDIANA, INC. | ) |
| | ) |
| **Defendant,** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, jointly move the Court to DISMISS WITH PREJUDICE the above-entitled cause of action against the Defendant for the reason that said cause of action among the parties has been fully compromised and settled, costs paid.

Respectfully submitted,

 */s/Amber K. Boyd*
Amber K. Boyd, Atty. No. 31235-49
AMBER K. BOYD ATTORNEY AT LAW
8510 Evergreen Avenue
Indianapolis, IN  46240
*Counsel for Plaintiff*


 */s/ Jennifer D. Brumpy*
Jennifer D. Brumby
Lowell T. Woods, Jr.
Taft, Stettinius & Hollister, LLP
40 North Maint Street, Suite 1700
Dayton, Ohio 45423
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF to all counsel of record.

                                */s/ Amber K. Boyd*
                                Amber K. Boyd

SKILES DeTRUDE
150 East Market Street, Suite 200
Indianapolis, IN 46204
(317) 321-2406 (DIRECT)
dmize@skilesdetrude.com