IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| ROBERT WHITE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:21-cv-02767-TWP-TAB |
| | ) |
| HVAF OF INDIANA, INC. | ) |
| | ) |
| Defendant, | ) |

## ORDER OF DISMISSAL

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS, that HVAF of Indiana, Inc., is dismissed from the above-captioned action, with prejudice, each side bearing its own costs and attorney fees.

So ORDERED

Date: 3/9/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF